**FILED** AJS
5/26/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **1:21-cr-00350** |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| VIRGIL AGEE | **Judge Robert M. Dow, Jr**<br>**Magistrate Judge Gabriel A. Fuentes** |

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about December 14, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

VIRGIL AGEE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Taurus Millenium G2, 9mm semi-automatic pistol, bearing serial number TJO30792, and a loaded Taurus, G3, 9mm semi-automatic pistol, bearing serial number ABG701334, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

   a. a Taurus Millenium G2, 9mm semi-automatic pistol, bearing serial number TJO30792, and associated ammunition; and

   b. a Taurus, G3, 9mm semi-automatic pistol, bearing serial number ABG701334, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Timothy J. Storino on behalf of the
UNITED STATES ATTORNEY