UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIRGIL AGEE | Case No. 21 CR 350<br><br>Honorable Robert M. Dow |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant VIRGIL AGEE, by his attorney DONNA HICKSTEIN-FOLEY, hereby submit the following Joint Status Report pursuant to the Court's order on February 23, 2022. Dkt. 24.

1. Defendant has been charged with one count of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). Dkt. 1.

2. Defendant had an arraignment on December 8, 2021 and was assigned counsel. Dkt. 6.

3. The government has produced discovery to defense counsel.

4. Defense counsel continues to review discovery and discuss the matter with her client and requests additional time to discuss how to proceed with the case, including whether to file any pre-trial motions.

5. Defense counsel will have eye surgery in April, and the parties request that the Court continue the status scheduled for April 13, 2022 to a date

approximately 45 days later, at which point the parties can update the Court regarding the status of the case.

6. Counsel for the government has conferred with counsel for the defendant, and counsel for the defendant has agreed to the submission of this joint report. Defendant agrees to participate by telephone and waives an in-person appearance at the next Court appearance. Defendant also agrees to the exclusion of time from April 13, 2022, to the next Court appearance date, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated:     April 4, 2022

                                               Respectfully submitted,
                                               JOHN R. LAUSCH, JR.
                                               United States Attorney

                                       By: */s/Edward A. Liva, Jr.*
                                               EDWARD A. LIVA, JR.
                                               Assistant United States Attorney
                                               219 South Dearborn Street
                                               Chicago, Illinois 60604
                                               (312) 353-5300