## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:21−cr−00350
Honorable Robert M. Dow Jr.

Virgil Agee

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 27, 2022:

MINUTE entry before the Honorable Robert M. Dow, Jr as to Virgil Agee: Upon review of the joint status report [28], telephonic status hearing set for 5/31/2022 is stricken and reset to 6/30/2022 at 9:00 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Updated joint status report is due by 6/27/2022. Without objection, time is excluded under the Speedy Trial Act through 6/30/2022 in the interests of justice, for review of discovery materials, and for plea negotiations. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.